Law Offices
# VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, Maryland 21701

Telephone: (301) 631-1800
Facsimile: (301) 631-9234

November 25, 2013

The Honorable J. Frederick Motz
U.S. District Court
  for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re:    *Tshibaka v. Carroll Hospital Center, Inc., et al.*
              Case No. 1:13-CV-02760-JFM

Dear Judge Motz:

      In compliance with your letter dated November 14, 2013 and your proposed scheduling order, Plaintiff submits the following requests:

      1.     Plaintiff requests a modification of the proposed scheduling order on the grounds that Plaintiff anticipates the need for extensive discovery on all claims and on the grounds that Plaintiff's counsel is scheduled to try three medical negligence cases in March, April and June 2014. Accordingly, Plaintiff requests modification of the trial schedule as follows:

          a.     March 2, 2014: motion for amendment of pleadings and joinder of additional parties.

          b.     March 17, 2014: plaintiff's Rule 26 (a)(2) disclosures.

          c.     April 17, 2014: defendants' Rule 26 (a)(2) disclosures.

          d.     May 2, 2014: Plaintiff's Rule 26 (a)(2) rebuttal disclosures.

          e.     May 17, 2014: Rule 26(e) supplemental disclosures.

          f.     July 2, 2014: Discovery Deadline and status report.

          g.     September 2, 2014: Dispositive pretrial motions.

    2.    Plaintiff will consent to proceed before a magistrate.

    3.    Plaintiff will agree to participate in a settlement conference after the completion of discovery.

    4.    Plaintiff anticipates approximately 10-12 depositions of fact witnesses, the average time for each of 2 to 3 hours. Accordingly, Plaintiff requests a modification of the deposition hours limitations set forth in the Court's proposed scheduling order.

    5.    Plaintiff will seek discovery of electronically stored information.

The above requests have been forwarded to defense counsel for discussion prior to the Scheduling Conference set for December 2, 2014.

                              Very truly yours,

                              VARNER & GOUNDRY
                              A Professional Corporation

                              Conrad W. Varner

CWV/cml
cc:    Robin L. Nagele, Esq.
        Kate A. Kleba, Esq.
        Jay Levy, Esq.