

Four Penn Center
1600 John F Kennedy Blvd.
Philadelphia, PA 19103
215-587-1000 Main
215-587-1444 Main Fax
www.postschell.com

Robin Locke Nagele

rnagele@postschell.com
215-587-1114 Direct
215-320-4702 Direct Fax
File #: 157000

December 2, 2013

J. Frederick Motz
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**Re:    Tshibaka v. Carroll Hospital Center, Inc. et al.
          Case No. 1:13-CV-02760-JFM**

Dear Judge Motz:

After review of the Court's Tentative Scheduling Order dated November 14, 2013, Plaintiff's correspondence dated November 25, 2013, and discussion with Conrad Varner, Esquire, attorney for Plaintiff, on November 29, 2013, we hereby submit the following responsive information on behalf of Defendants, Carroll Hospital Center, Inc. *et al.*, for the Court's consideration:

1. Defendants are in agreement with the proposed modification of the Tentative Scheduling Order submitted by Mr. Varner on November 25, 2013.

2. Defendants do not agree to proceed for all purposes before a United States Magistrate Judge.

3. The parties have conferred and agreed to a limit of 30 deposition hours for each side.

4. Defendants will seek discovery of electronically stored information.

Respectfully submitted,

Robin Locke Nagele

cc:    All Counsel of Record