# Exhibit "A"

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| Tshibak | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13:cv-02760-JFM |
| Carroll Hospital Center, Inc. et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Corporate Representative of Carroll Hospital Center, Inc.
200 Memorial Avenue, Westminster, MD 21157
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Carroll Hospital Center, Inc. 200 Memorial Avenue Westminster, MD 21157 | Date and Time: TO BE DETERMINED |
|---|---|

The deposition will be recorded by this method: _before a Notary Public authorized to administer oaths_

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: SEE ATTACHED DOCUMENT LIST

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____  _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Cimenga M. Tshibaka, M.D._____, who issues or requests this subpoena, are:
Conrad W. Varner, Esq., VARNER & GOUNDRY, P.C., 121 East Patrick Street, Frederick, MD 21701
301-631-1800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT TO
# SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

## CORPORATE REPRESENTATIVE OF CARROLL HOSPITAL CENTER, INC.

Deponent shall bring to the deposition the following documents:

1. All documents, including but not limited to, credentialing files, disciplinary files or other documents containing any charges or adverse actions taken against any of the following past or current members of the medical staff:

> Dr. Kanu (former hospitalist, full name unknown)
> Dr. Flavio Kruter
> Dr. Edward Leventhal
> Dr. Christian Hochberg
> Dr. Christos Ballas
> Dr. Joseph Soliman
> Dr. Michael Vietz
> Dr. Paul Vietz
> Dr. John Brock
> Dr. Amit Mital
> Dr. Ketan Parikh
> Dr. Michael Lansing

2. Written policies prohibiting race discrimination in hiring, promotion, demotion, adverse actions against and discharge of hospital employees.

3. Written policies re prohibition of race discrimination in credentialing, granting, revocation suspension of privileges of the medical staff.

4. Documents indicating the number of employees (including administrative employees) members of the medical staff, broken down by race, sex, and national origin from 2006 to the present.

5. Personnel file of Jaime Elliott.

6. Documents indicating physicians charged with sexual harassment or other conduct resulting in adverse action broken down by race; include charge, disposition, and current status.

7. CHC policy concerning the carrying of concealed weapon by hospital employees.

8. All written communications, emails, memos, electronically stored documents concerning the investigation of complaints by Jaime Elliott and Ashley Hall against Plaintiff.

9. All documents submitted to the MEC committee for review of his decision to suspend Plaintiff's privileges with respect to the Hall and Ashley complaints.

10. All communications, reports, emails, notes, and other documents, written by investigators, staff, physicians or hospital employees concerning the Jaime Elliot charges.

11. All communications, reports, emails, notes, and other documents, written by investigators, staff, physicians or hospital employees, concerning the Ashley Hall complaint.

12. All communications to other hospitals, medical centers, prospective employers, insurance companies, third party payers, or other credentialing bodies, concerning the status of Plaintiff's privileges or adverse actions taken against him.

13. All communications by and between defendant's employees, including members of the administration, and DRs. Thomas and Kraft, including documents indicating the process by which Defendant retained Dr. Kraft to examine Plaintiff.

14. All communications to hospital employees, medical staff, or administration concerning the Kraft and Thomas reports.

15. All investigative reports from psychiatrists or psychologists other than Kraft.

16. The personnel file John Sernulka, including performance evaluations, maintained by the defendant, including Complaints from medical staff, hospital employees, and members of the Board of Trustees.

17. Minutes of all meetings of the Board of Trustees concerning the Hall and Elliot complaints against Plaintiff.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMENGA M. TSHIBAKA, M.D., | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:13-CV-02760-JFM |
| CARROLL HOSPITAL CENTER, INC., et al., | * | |
| | * | |
| Defendants. | | |

*************************************************************************

## NOTICE OF DEPOSITION DUCES TECUM

Please take notice that, pursuant to the Federal Rules of Civil Procedure, attorneys for Plaintiff, Conrad W. Varner and Varner & Goundry, A Professional Corporation, will take the deposition, upon oral examination, of the below listed individual for the purpose of discovery in this matter before a Notary Public duly authorized to administer oaths, on the following day and time.

        Deponent: Corporate Representative of Defendant,
        Date: TO BE DETERMINED
        Time:
        Location:

Deponent shall bring with him the following:

SEE ATTACHED DOCUMENT LIST

                                                             _____
Conrad W. Varner
USDC/MD # 03562
VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, Maryland 21701
(301) 631-1800
Attorneys for Plaintiff,
Cimenga M. Tshibaka, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of January, 2014, a copy of the foregoing **Notice of Deposition Duces Tecum** was sent via regular mail, postage prepaid to:

Robin L. Nagele, Esq.
Kate A. Kleba, Esq.
Post & Schell, P.C.
Four Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

Jay Levy, Esq.
Carroll Hospital Center, Inc.
200 Memorial Avenue
Westminster, MD 21157

                                                             _____
Conrad W. Varner