# Exhibit "B"

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Tshibaka <br> *Plaintiff* <br> v. <br> Carroll Hospital Center, Inc, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:13-cv-02760-JFM |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: John M. Sernulka, President/CEO, Carroll Hospital Center, Inc.
200 Memorial Avenue, Westminster, MD 21157
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Carroll Hospital Center, Inc. <br> 200 Memorial Avenue <br> Westminster, MD 21157 | Date and Time: <br> TO BE DETERMINED |
|---|---|

The deposition will be recorded by this method: before a Notary Public duly authorized to administer oaths

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: SEE ATTACHED DOCUMENT LIST

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*
OR

_____ _____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Cimenga M. Tshibaka, M.D._____, who issues or requests this subpoena, are:

Conrad W. Varner, Esq,, VARNER & GOUNDRY, P.C., 121 East Patrick Street, Frederick, MD 21701'
301-631-1800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMENGA M. TSHIBAKA, M.D., | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:13-CV-02760-JFM |
| CARROLL HOSPITAL CENTER, INC., et al., | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DEPOSITION DUCES TECUM

Please take notice that, pursuant to the Federal Rules of Civil Procedure, attorneys for Plaintiff, Conrad W. Varner and Varner & Goundry, A Professional Corporation, will take the deposition, upon oral examination, of the below listed individual for the purpose of discovery in this matter before a Notary Public duly authorized to administer oaths, on the following day and time.

Deponent:    John M. Sernulka, President/CEO
Date:        TO BE DETERMINED
Time:
Location:

Deponent shall bring with him the following:

SEE ATTACHED DOCUMENT LIST

                                        Conrad W. Varner
                                        USDC/MD # 03562
                                        VARNER & GOUNDRY
                                        A Professional Corporation
                                        121 East Patrick Street
                                        Frederick, Maryland 21701
                                        (301) 631-1800
                                        Attorneys for Plaintiff,
                                        Cimenga M. Tshibaka, M.D.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this ____ day of January, 2014, a copy of the foregoing **Notice of Deposition Duces Tecum** was sent via regular mail, postage prepaid to:

Robin L. Nagele, Esq.
Kate A. Kleba, Esq.
Post & Schell, P.C.
Four Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

Jay Levy, Esq.
Carroll Hospital Center, Inc.
200 Memorial Avenue
Westminster, MD 21157

                                        Conrad W. Varner

## ATTACHMENT TO
## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

## JOHN M. SERNULKA, PRESIDENT/CEO

Deponent shall bring to the deposition the following documents (including but not limited to, correspondence, notes, emails, reports, evaluations, memoranda, including documents electronically generated and stored, as follows:

1. Curriculum Vitae.

2. Application for concealed weapon.

3. License to carry concealed weapon.

4. Carroll Hospital Center policy re carrying of concealed weapon.

5. Sernulka personnel file, including Complaints from medical staff, hospital employees, members of the Board of Trustees and performance evaluations.

6. Files Sernulka personally maintains or maintained on Plaintiff;

7. All written communications, emails, memos, and electronically stored documents concerning Sernulka's investigation of complaints by Jaime Elliott and Ashley Hall against Plaintiff.

8. All documents submitted to the MEC committee for review of his decision to suspend Plaintiff's privileges.

9. All communications, with investigators, staff, physicians or hospital employees concerning the Jaime Elliot charges.

10. All communications with investigators, staff, physicians or hospital employees, concerning the Ashley Hall complaint.

11. All communications to other hospitals, medical centers, insurance companies, third party payers, or other credentialing bodies, concerning the status of Plaintiff's privileges or adverse actions taken against him.

12. All communications by and between administration and Thomas and Kraft, including documents indicating the process by which Defendant retained Dr. Kraft to examine Plaintiff.

13. All communications to hospital employees, medical staff, or administration concerning the reports of Drs. Kraft and Thomas.

14. All investigative reports from psychiatrists or psychologists other than Kraft.