# Exhibit "C"

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| Tshibaka | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-cv-02760-JFM |
| Carroll Hospital Center, Inc, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Ayed Husain, M.D., Carroll Hospital Center, Inc.
200 Memorial Avenue, Westminster, MD 21157
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Carroll Hospital Center, Inc. 200 Memorial Avenue Westminster, MD 21157 | Date and Time: TO BE DETERMINED |
|---|---|

The deposition will be recorded by this method: before a Notary Public duly authorized to administer oaths

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: SEE ATTACHED DOCUMENT LIST

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

            *CLERK OF COURT*
                                            OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Cimenga M. Tshibaka, M.D._____, who issues or requests this subpoena, are:
Conrad W. Varner, Esq,, VARNER& GOUNDRY, P.C., 121 East Patrick Street, Frederick, MD 21701'
301-631-1800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT TO
## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

## AYED HUSAIN, M.D.

Deponent shall bring to the deposition the following documents:

1. The MEC minutes of all meetings relating to the Complaint of Ashley Hall.

2. All documents considered by the MEC relating to its decision to institute an adverse action against Plaintiff based on the Complaint of Ashley Hall.

3. The MEC minutes of all meetings relating to the complaint of Jaime Elliott.

4. All documents considered by the MEC relating to its decision to institute an adverse action against Plaintiff based on the Complaint of Jaime Elliott.

5. All documents considered by the MEC relating to the decision of the Hearing Panel on the complaint brought by Jaime Elliot including all documents relating to its review of the Hearing Panel's decision.

6. All documents relating to changes in the Medical Staff Bylaws from 2006-2013.

7. All documents relating to members of the Medical Staff against whom adverse actions were taken including those charged with sexual harassment other than Plaintiff from 2008 to present.

8. All documents reflecting the number of members of the Medical Staff from 2006 to present broken down by race and national origin.

9. All documents relating to adverse actions taken against members of the medical staff from 2006 to present.

10. All documents relating to Medical Staff policies against discrimination based on race and national origin.

11. The credentialing file of plaintiff.

12. All communications to third parties requesting information of the status of Plaintiff's privileges.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMENGA M. TSHIBAKA, M.D., | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:13-CV-02760-JFM |
| CARROLL HOSPITAL CENTER, INC., et al., | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF DEPOSITION DUCES TECUM**

Please take notice that, pursuant to the Federal Rules of Civil Procedure, attorneys for Plaintiff, Conrad W. Varner and Varner & Goundry, A Professional Corporation, will take the deposition, upon oral examination, of the below listed individual for the purpose of discovery in this matter before a Notary Public duly authorized to administer oaths, on the following day and time.

        Deponent:    Ayed Husain, M.D.
        Date:         TO BE DETERMINED
        Time:
        Location:

Deponent shall bring to the deposition the following:

SEE DOCUMENT LIST ATTACHED

>Conrad W. Varner
>USDC/MD # 03562
>VARNER & GOUNDRY
>A Professional Corporation
>121 East Patrick Street
>Frederick, Maryland 21701
>(301) 631-1800
>Attorneys for Plaintiff,
>Cimenga M. Tshibaka, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of January, 2014, a copy of the foregoing **Notice of Deposition Duces Tecum** was sent via regular mail, postage prepaid to:

Robin L. Nagele, Esq.
Kate A. Kleba, Esq.
Post & Schell, P.C.
Four Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

Jay Levy, Esq.
Carroll Hospital Center, Inc.
200 Memorial Avenue
Westminster, MD 21157

>Conrad W. Varner

2