UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 24, 2014

MEMO TO COUNSEL RE:  Cimenga Tshibaka, M.D. v. Carroll Hospital Center
Civil No. JFM-13-2760

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendants' motion for sanctions for violation of stipulated joint qualified protective order (document 52).

    The motion is denied. I am satisfied that plaintiff's violation of the order was not done in bad faith and that therefore the imposition of sanctions would be inappropriate.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge