FILED: January 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1839
(1:13-cv-02760-JFM)
_____

CIMENGA M. TSHIBAKA, M.D.

      Plaintiff - Appellant

v.

JOHN SERNULKA, individually and in his official capacity as CEO of Carroll Hospital Center, Inc.; CARROLL HOSPITAL CENTER, INC.; JAIME ELLIOTT, individually

      Defendants - Appellees

and

BOARD OF DIRECTORS OF CARROLL HOSPITAL CENTER, INC.

      Defendant

_____

M A N D A T E
_____

The judgment of this court, entered 12/13/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*